# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY, Plaintiff, v. ROBERT E. BAKER and MARY JILL BAKER, Defendants. | § § § § § § § § § | Civil Action No. 4:17-CV-113 (Judge Schell/Judge Johnson) |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 13, 2017, the report of the Magistrate Judge (Dkt. #8) was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand (Dkt. #7) be granted and the case be remanded to the 211th Judicial District Court of Denton County, Texas, and recommending that Plaintiff recover from Defendants its reasonable and necessary fees and costs incurred in preparing and filing its Motion to Remand.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiff's Motion to Remand (Dkt. #7) is **GRANTED**, and this case is **REMANDED** to the 211th Judicial District Court of Denton County, Texas.

1

It is further **ORDERED** that Plaintiff's Motion for Attorney's Fees (Dkt. #11) is **GRANTED**. Within thirty (30) days of the date of this Order, Defendants shall pay Plaintiff's attorney's fees in the amount of $645.00, as set forth in the Declaration of Mark D. Cronenwett, attorney for Plaintiff (Doc. #11-1). The court notes that no objection has been filed to the motion.

**It is SO ORDERED**.

**SIGNED this the 15th day of May, 2017.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE